KURT W. LAIRD (13783)
ANDERSON | HINKINS
881 Baxter Drive
South Jordan, UT 84095
Tel: 801-930-0290
Fax: 888-381-9657
kurt@andersonhinkins.com
jake@andersonhinkins.com
*Counsel for AH4R Management – UT, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| *In re:* <br><br> *Sinafaalogoitino Galuvao and Jason Galuvao*, <br> Debtors. | Bankr. No. 23-21902 <br><br> Chapter 13 <br><br> Hon. Kevin R. Anderson |

**AMENDED NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

**AND NOTICE OF OPPORTUNITY FOR HEARING**

(Objection Deadline: October 19, 2023)

PLEASE TAKE NOTICE that AH4R Management – UT, LLC ("Creditor") has filed a Motion for Relief from Automatic Stay with the United States Bankruptcy Court for the District of Utah.

**<u>YOUR RIGHTS MAY BE AFFECTED.</u> You should ready these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Creditor seeks to have the automatic stay lifted so that it is permitted to pursue its non-bankruptcy rights and remedies.

NO HEARING WILL BE CONDUCTED ON THIS Motion for Relief from Automatic Stay UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLILNE SET FORTH BELOW.

If you do not want the Court to grant the relief requested in the Motion for Relief from Co-Debtor Stay then you or your attorney must take the following two steps:

(1) On or before October 19, 2023, file with the Bankruptcy Court a written Objection explaining your position. Your written objection must be filed electronically, by mail, or by hand-delivery at:

United States Bankruptcy Court
350 South Main Street, Room 301
Salt Lake City, UT 84101

If you mail your objection to the Bankruptcy Court for filing, it must be deposited in the U.S. Mail in sufficient time for it to be **received** by the Court on or before September 28, 2023. You must also mail a copy to the undersigned counsel at 881 Baxter Drive, South Jordan, Utah 84095.

(2) Attend a hearing on October 23, 2023 at 1:30 pm before Honorable Judge Kevin R. Anderson. The hearing, if held, will be held via Zoom. Parties who wish to participate in the hearing should consult the Bankruptcy Court's website at https://www.utb.uscourts.gov/court-hearings-be-conducted-zoom for the most up-to-date information regarding participation at a hearing. At the time of this Notice, parties wishing to participate in hearings before the Honorable should log into Zoom at www.zoomgov.com at least ten (10) minutes before the scheduled date and time for the hearing. Meeting ID and Passcode for each judge are as follows:

    Judge Joel T. Marker Meeting ID: 161 5478 8875; Passcode: 3834658

    Judge Kevin R. Anderson Meeting ID: 160 3007 6397; Passcode: 6001201

    Judge Peggy Hunt Meeting ID: 161 4747 8650; Passcode: 9671833

    Judge William T. Thurman Meeting ID: 160 7523 8590; Passcode: 9626637

**There will be no further notice of the hearing**, and failure to attend the hearing will be deemed a waiver of your objection. If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion for Relief from Automatic Stay and may enter an order granting the requested relief. In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter an order approving the Motion for Relief from Automatic Stay without a hearing.

ANDERSON | HINKINS

*/s/ Kurt Laird*
Kurt W. Laird
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2023, I electronically filed the foregoing NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND NOTICE OF OPPORTUNITY FOR HEARING with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and that the foregoing NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND NOTICE OF OPPORTUNITY FOR HEARING and MOTION FOR RELIEF FROM AUTOMATIC STAY were served upon the Debtors via US Mail at the addresses listed below on October 2, 2023.

Lon Jenkins tr
ecfmail@ch13ut.org, lneebling@ch13ut.org

Ryan E. Simpson on behalf of Debtor Sinafaalogoitino Galuvao
ryanfreelesson@gmail.com, startfreshutahecf@gmail.com;simpsonrr67177@notify.bestcase.com

Ryan E. Simpson on behalf of Joint Debtor Jason Steve Galuvao
ryanfreelesson@gmail.com, startfreshutahecf@gmail.com;simpsonrr67177@notify.bestcase.com

United States Trustee
USTPRegion19.SK.ECF@usdoj.gov

Sinafaalogoitino Galuvao
6083 South 6070 West
Salt Lake City, UT 84118

Jason Steve Galuvao
6083 South 6070 West
Salt Lake City, UT 84118

/s/ *Kurt W. Laird*